Henrietta Abrahams, Respondent, *v.* Charles H.
Bensen et al., Appellants.

(Argued March 18, 1879; decided April 1, 1879.)

This action was brought originally in Rockland county.
It was for an alleged trespass in the taking of plaintiff's
property by defendant Bensen, who was then sheriff of that
county, upon a warrant of attachment in favor of defend-
ant Hyman. The latter, without notice to the attorney for
defendant, Bensen, moved to change the place of trial to the
county of New York, which was granted. No appeal was
taken from this order, and the parties proceeded to trial in
New York. The jury disagreed; before another trial
defendant Hyman died. Bensen thereupon moved to vacate
the order changing the place of trial, which was granted by
the Special Term, but that order was reversed on appeal by
the General Term. From the General Term order this
appeal is brought. *Held*, that even if the place of trial was

illegally changed to New York, defendant Benson so far acquiesced by going to trial and by other proceedings there that he lost the absolute right to complain; that it was in the discretion of the court below whether or not it would change the place of trial back to Rockland county; and that its order was not reviewable.

*George F. Langbein* for appellants.

*George H. Forster* for respondent.

EARL, J., reads for dismissal of complaint.
All concur.
Appeal dismissed.